**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Yolanda Patrice MOTON, a/k/a
Yolanda Johnson, a/k/a Yo-
Yo, Defendant-Appellant.**

No. 16-6228

United States Court of Appeals,
Fourth Circuit.

Submitted: August 10, 2017

Decided: August 15, 2017

Yolanda Patrice Moton, Appellant Pro
Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

Before SHEDD, DUNCAN, and DIAZ,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Yolanda Patrice Moton seeks to appeal
the district court's order denying relief in
part on her 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)(B)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell,* 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Moton has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*